**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Property Casualty Company of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Zurich American Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Farm Bureau Property & Casualty Insurance Company,<br><br>            Defendants. | No. CV 11-8151-PCT-JAT<br><br>**ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the Complaint pleads jurisdiction based on 28 U.S.C. § 1332, which is diversity. However, the Complaint fails to adequately allege the citizenship of the parties such that this Court can independently assess its jurisdiction.

Specifically, Plaintiff is a corporation; thus it is a citizen of its state of incorporation and its principal place of business. *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010). While Plaintiff pleaded a state of incorporation and principal place of business for each Defendant, it failed to do so for itself. Because Plaintiff failed to plead these locations for itself, Plaintiff failed to allege diversity jurisdiction. Therefore,

**IT IS ORDERED** that by December 19, 2011, Plaintiff shall file an amended

complaint properly alleging federal subject matter jurisdiction or this case will be dismissed, without prejudice.

DATED this 23rd day of November, 2011.

James A. Teilborg
United States District Judge